UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY PAUL SMITH,<br><br>    Petitioner,<br><br>    v.<br><br>KOENING,<br><br>    Respondent. | Case No.: 1:20-cv-00626-DAD-SKO (HC)<br><br>ORDER DENYING MOTION FOR COPIES<br><br>[Doc. 9] |

    Petitioner is a state prisoner proceeding pro se with an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.

    On May 27, 2020, the District Court issued an order dismissing the petition. Judgment was entered the same date. On June 11, 2020, Petitioner filed the instant motion requesting a copy of his petition. Petitioner is advised that such a request must be directed to the Clerk of the Court. Petitioner is further advised that copies of documents are not provided free of charge. Copies up to twenty (20) pages may be made by the Clerk's office at a charge of $.50 per page. Accordingly, Petitioner's motion for copies is DENIED.

IT IS SO ORDERED.

Dated: __**June 12, 2020**__                    /s/ *Sheila K. Oberto*
                                                                                                      UNITED STATES MAGISTRATE JUDGE